BENJAMIN D. HARGROVE
TIMOTHY J. RACICOT
Assistant U.S. Attorneys
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
Fax:    (406) 542-1476
E-mail: Benjamin.Hargrove@usdoj.gov
        Tim.Racicot2@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

FEB 28 2024

Clerk, U.S. Courts
District of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 24- 15 -M- DLC |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | WIRE FRAUD (Counts 1-4)<br>Title 18 U.S.C. § 1343<br>(Penalty: 20 years of imprisonment, $250,000 fine, and three years of supervised release) |
| BRETT MAURI,<br><br>Defendant. | |
| | MONEY LAUNDERING (Counts 5-6)<br>Title 18 U.S.C. § 1957<br>(Penalty: Ten years of imprisonment, $250,000 fine (or twice the amount of the criminally derived property involved in the transaction), and three years of supervised release) |
| | CRIMINAL FORFEITURE<br>Title 18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c); and 18 U.S.C. § 982(a)(1) |

1

THE GRAND JURY CHARGES:

## WIRE FRAUD – COUNTS 1-4

## THE SCHEME TO DEFRAUD

Beginning in approximately April 2018, and continuing until approximately August 2022, at Stevensville, in Ravalli County, in the State and District of Montana, and elsewhere, the defendant, BRETT MAURI, executed a material scheme and artifice to defraud, and for obtaining money by means of material false and fraudulent pretenses, representations, promises, and omissions, and in doing so caused wire communications to be transmitted in interstate commerce.

To execute the material scheme and artifice to defraud, the defendant, BRETT MAURI, operating as Bitterroot Timber Frames, Three Mile Creek Post and Beam LLC, and other businesses, received money from customers in exchange for his promise to provide certain materials and perform certain work. Instead of providing the promised materials and performing the promised work, BRETT MAURI used the money for unrelated business and personal expenses, including expenditures associated with operating other businesses. To further execute the material scheme and artifice to defraud, BRETT MAURI failed to fully compensate the employees and contractors engaged in the construction business.

## INTERSTATE WIRES

On or about the dates in the table below, the defendant, BRETT MAURI, for the purpose of executing the aforementioned material scheme and artifice to defraud, and for obtaining money by means of materially false and fraudulent pretenses, representations, promises, and omissions, did knowingly cause to be transmitted in interstate commerce wire communications, as outlined below, in violation of 18 U.S.C. § 1343.

| Count | Date | Transaction | Amount |
|---|---|---|---|
| 1 | 12/10/2019 | Wire transfer to Three Mile Creek Post & Beam LLC's account at Farmers State Bank, ending in 5029 | $600,000 |
| 2 | 11/17/2020 | Check deposited to Three Mile Creek Post & Beam LLC's account at Farmers State Bank, ending in 5029 | $60,000 |
| 3 | 6/3/2021 | Wire transfer to an account at Farmers State Bank, ending in 2055 | $20,000 |
| 4 | 8/16/2022 | Check deposited to an account at Glacier Bank, ending in 9493 | $50,000 |

## **MONEY LAUNDERING – COUNTS 5-6**

## COUNT 5

On or about December 12, 2019 at Stevensville, in Ravalli County, in the State and District of Montana, the defendant, BRETT MAURI, knowingly engaged in a monetary transaction involving property of a value greater than $10,000, affecting interstate commerce, that is, he transferred $540,000 from a Farmers

3

State Bank account ending in 5029 to an account ending in 2055, such money having been derived from specified unlawful activity, that is wire fraud described in count 1, in violation of 18 U.S.C. § 1957.

## COUNT 6

On or about November 23, 2020 at Stevensville, in Ravalli County, in the State and District of Montana, the defendant, BRETT MAURI, knowingly engaged in a monetary transaction involving property of a value greater than $10,000, affecting interstate commerce, that is, he transferred $15,000 from a Farmers State Bank account ending in 5029 to an account ending in 2055, such money having been derived from specified unlawful activity, that is wire fraud described in count 2, in violation of 18 U.S.C. § 1957.

## FORFEITURE ALLEGATION

Upon conviction of any of the wire fraud offenses set forth in this indictment, the defendant, BRETT MAURI, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real and personal, which constitutes and is derived from proceeds traceable to said offense(s).

Upon conviction of any of the money laundering offenses set forth in this indictment, the defendant, BRETT MAURI, shall forfeit to the United States,

4

pursuant to 18 U.S.C. § 982(a)(1), any property, real and personal, involved in such offenses, and any property traceable to such property.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
For JESSE A. LASLOVICH
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney