IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRETT MAURI,<br><br>Defendant. | CR 24–15–M–DLC<br><br><br>ORDER |

Before the Court is the United States' unopposed motion to allow trial testimony by video. (Doc. 24.) Through the motion, the Government requests that the Court allow James Mauri to testify by video at the trial set for September 16, 2024. (*Id.* at 1.) The Defendant does not oppose. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 24) is GRANTED. James Mauri is permitted to testify by video at the trial set for September 16, 2024.

DATED this 3rd day of September, 2024.

_____
Dana L. Christensen, District Judge
United States District Court

1