# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-15-M-DLC |
| Plaintiff, | ORDER |
| vs. | |
| BRETT MAURI, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Clerk of Court may provide meals for the jurors during their deliberations in the above-entitled case.

DATED this 20th day of September, 2024.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court