

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRETT MAURI,<br><br>Defendant. | CR 24–15–M–DLC<br><br>VERDICT FORM |

1. We, the Jury, in the above-entitled matter, unanimously find the defendant, Brett Mauri,

    \_\_\_\_ Not Guilty

    ✓ Guilty

of the offense of wire fraud as charged in Count 1 of the indictment.

2. We, the Jury, in the above-entitled matter, unanimously find the defendant, Brett Mauri,

    \_\_\_\_ Not Guilty

    ✓ Guilty

1

of the offense of wire fraud as charged in Count 2 of the indictment.

3. We, the Jury, in the above-entitled matter, unanimously find the defendant, Brett Mauri,


\_\_\_\_\_Not Guilty
\_\_✓\_\_Guilty

of the offense of wire fraud as charged in Count 3 of the indictment.

4. We, the Jury, in the above-entitled matter, unanimously find the defendant, Brett Mauri,


\_\_\_\_\_Not Guilty
\_\_✓\_\_Guilty

of the offense of wire fraud as charged in Count 4 of the indictment.

5. If you found the defendant not guilty of count 1, above, you must find the defendant not guilty of Count 5. If you found the defendant guilty of count 1, answer the following:

We the jury, in the above-entitled matter, unanimously find the defendant, Brett Mauri,


\_\_\_\_\_Not Guilty
\_\_✓\_\_Guilty

of the offense of money laundering as charged in Count 5 of the indictment.

6. If you found the defendant not guilty of Count 2, above, you must find the defendant not guilty of Count 6. If you found the defendant guilty of Count 2, answer the following:

We the jury, in the above-entitled matter, unanimously find the defendant, Brett Mauri,

\_\_\_\_\_ Not Guilty

 Guilty

of the offense of money laundering as charged in Count 6 of the indictment.

DATED this 20 day of September, 2024.

