Hannah Mauri

hannahmauri2@gmail.com

12/10/24

To The Honorable   Judge Dana L. Christensen

My name is Hannah Mauri, and I am Brett Mauri's youngest daughter from his first marriage to my mother, Michele. My father, Brett, has always been there for me throughout my entire existence and has played a significant role in my life as an incredibly dedicated and caring father and provider for me and my family. I grew up idolizing my dad as someone who was extremely hard-working, exceptional not only to his family but also to his employees and basically everyone he interacts with. I would not be the person I am today without my father's guidance and love.

I am writing this letter to respectfully submit a character reference for my father, Brett, who is currently facing charges of wire fraud and money laundering. I understand the gravity of these charges and the seriousness of the legal proceedings. I am very concerned with the negative impact this will have on my family as a whole, particulary my younger brothers who depend our father day to day .

I moved to Montana earlier this year to re-connect with my dad and my little brothers. My daughter, Brett's granddaughter, Ava, has finally gotten a chance to be around her grandpa and experience his love and care, and she is extremely attached to him. Witnessing my daughter with her grandpa is one of the most beautiful things I have ever witnessed. My dad is an incredibly sweet, caring person and grandfather, and being able to see him and spend time with him is one of the most precious gifts I could ever give to my daughter and myself. I honestly cannot imagine him being taken away from us and having to explain to Ava why her grandpa is no longer around.

I have known my father as a hardworking, honest, and loving individual throughout my entire life. He has always prioritized his family and, therefore, his business and has been a guiding presence in our lives. He has taught us the values of honesty, hard work, and dedication and has always been there to support us, no matter the circumstances. It is difficult for me to picture a more dedicated father or role model.

My younger brothers are still at a very impressionable and vulnerable age, and their emotional well-being relies heavily on having their father present in their lives. Brett has been an essential part of

their upbringing, always there to offer guidance, love, and support. He makes their school lunches every day, brings them to school, and cooks dinner when they get home. The thought of them growing up without him, especially at this critical stage in their development, is heart-wrenching. They rely on his presence for both emotional stability and the everyday moments that shape their lives. If my father is incarcerated, it would create an enormous void in their lives, one that would be incredibly difficult for them to navigate, especially considering their age.

I kindly ask you to consider the impact that removing my father from our family will have on my younger brothers, who still need his guidance and care. His absence would deprive them of the fatherly support they need during such formative years. I sincerely believe that a fair and just resolution would allow my father to continue being a pillar of support to us, particularly my younger siblings.

For as long as I can remember, my father has been a reputable and highly respected home builder. His work as a contractor spans decades, and throughout his career, he has built strong, lasting relationships with clients based on trust, reliability, and professionalism. He has earned a reputation for his attention to detail, commitment to quality, and, most importantly, his honesty. Many of his clients have come to him through word of mouth, trusting him not only with their homes, but also with their families' well-being.

My father has always been a man of integrity. He has operated his business with the utmost professionalism, keeping his clients' needs at the forefront of his priorities. I have seen firsthand how he handles his work—going above and beyond to ensure that each project is completed to the highest standard. His long-standing relationships with clients are a testament to his character. Before all of this happened, my father had built a legacy of excellence, and his reputation has been his most valuable asset throughout his career.

Given my father's impeccable reputation in the community before all of this and the many years he has dedicated to providing excellent service to his clients, it is difficult for me to reconcile the charges against him with the person I know. Throughout his life, he has strived to maintain honesty and transparency in all his dealings. He has always been a man of principle, and I believe that these charges do not reflect the person he is at his core.

I respectfully ask you to consider my father's character and the positive contributions he has made to the lives of his clients, his family, and the community. His commitment to integrity has been unwavering throughout his career, and I believe that this should be taken into account in light of the current charges

he is facing. I find it very hard to understand why the only things being considered are what has gone wrong versus all of the good he has done throughout his career and his life. If you were to accurately assess everything my father has truly done and intentionally done, you would certainly not even consider seeing him as someone who deserves to be incarcerated and unable to be there for his family any longer or have any chance to rectify any unsatisfactory projects he was involved in. If there are clients who feel they are owed, then I believe having my father free to work and do whatever he can to resolve these issues would be the most logical solution to any problems that have arisen.

Thank you for taking the time to read my letter and consider the broader impact this case will have on our family. I remain hopeful that justice will prevail, and my father will be allowed to continue to be the loving and caring father that he has always been. I am confident that my father's past actions and reputation reflect the kind of person he is, and I trust that justice will be served in a fair and just manner.

Sincerely, Hannah Mauri, Brett's youngest daughter.