From the desk of-
James J. Mauri, Jr.
P.O. Box 62
Florence, MT
59833

December 14th, 2024

John Rhodes, Asst. Federal Defender
125 Bank Street, Suite 710
Missoula, MT.
59802

Sir,

I relocated to Stevensville Montana from Connecticut in the spring of 2024 to help my brother Brett with his construction company.

I learned that he is an honest, generous man in business and strives to give his customers the very best product for the very best value.

There has never been any indication that he would seek to defraud a client.

Moreover I've observed time and time again that he's committed to serving his family, his business and his community.

As it so happens, I've been invited to the Big Sky area to offer services of my own and I've witnessed some of Brett's homes there and can attest they stand head and shoulders above the rest.

Together Brett and I continue to plan for the future of home building within our family and I hope he can remain active in these endeavors by remaining in the community in which we love to build.


Thank you,
James J. Mauri, Jr.