To the Honorable Judge Dana L. Christensen,

    I am Jessica Mauri, Brett Mauri's oldest daughter. I'm writing today to try to give you a better understanding of who Brett is. When I think of my dad, I think of the kind of example he set for his children, which was to be a dedicated, honest, and hardworking individual. He poured his time and energy into his construction businesses that he created. He managed to go from a carpenter in someone else's business to owning several reputable businesses that were known for building high quality and beautiful timber frame packages and homes. He was well known in Big Sky, Montana and built many truly magnificent homes there, among other places.

    From what I saw, his clients found working with him to be a pleasure and knew he was reliable and straightforward. They often chose to hire his company again after their first projects were finished. This was because of the quality of work and the way he developed relationships with them that, to me, went beyond the normal type of interactions that one usually finds between a client and a business. Our family was regularly invited to clients' houses to celebrate holidays and even to a client's very private wedding out of the country. Many of his clients and their families felt more like friends to the family after a while. I got the impression that it was very important to my dad to treat clients as more that people who he was hired by.

    Brett Mauri is a good man. I honestly feel like his business has always been the MOST important thing to him throughout his life. There is nothing he has spent more time on or put more energy into. It wouldn't make sense for him to destroy the reputation he had built up over my life time. In my opinion, if Brett were to end up spending years of his life in prison for these crimes, it would be entirely contradictory to the way I watched him spend his life, time, and energy.

    Thank you for reading this,

    SIncerely,

    Jessica L. Mauri