To the Honorable Judge Dana L Christensen,

    My name is Michele Yenter – Mauri, and I have known Brett Mauri since we met in college in 1986, in Vermont, and then got married three years later. Our marriage lasted 23 years, where I not only was his wife and mother of the children we had, I also served as the bookkeeper for the multiple construction companies we started together over those years of marriage.

    Now, while I have no recent or current firsthand knowledge of how Brett runs his companies or treats his clients now that I'm no longer part of his of his life or working with the companies we started together, I can fully attest, both from the standpoint as his wife and as the bookkeeper for the construction companies for over 20 years, until the fall of 2008 and part of early 2009, to just what kind of man and contractor Brett was for the decades that I was with him.

    I began taking on the job of bookkeeping for our construction companies once our three children were old enough for me to be at home doing the books on a computer, while still tending to their needs at the same time. As our businesses grew, so did our kids, and so did my job as a bookkeeper. We went from a relatively small business, with just a few employees, to building multiple homes at a time, in ski areas around the Rocky Mountains fairly quickly. We contracted to build high end log and timberframe homes in Vail and Aspen, Colorado, Utah, and finally settled our family in Montana, the first place where we could afford to work and live in the same place for once, instead of having the kids and I in one place, while Brett did long commutes to the places where the projects were.

    Even when Brett was young and just beginning in the building business, and we were living in Connecticut, doing remodeling jobs, it was clear to me that Brett had a way with people (his clients), and he seemed to bend over backwards at times to make sure jobs were on time, on budget, and that the customers were happy in the end. I saw clients range from "easy" ones, to ones that required a lot of hand holding, lots of reviews, and reassurance needed at each step along the way, and Brett was more than happy to give whatever it took to make the client comfortable through to the end. So, even before I was the bookkeeper, I knew Brett to be honest, fair, patient, and extremely attentive to his clients. Whether it was a client for a $20,000 bathroom remodel or a $300,000 new addition, he cared that everyone involved was on the same, good page and that everyone was happy in the end. I know we lost money on some of those early jobs. It was more important to Brett to get a good reference and keep a client happy than it was to hassle over some money, or discrepancies here or there. That said, over the 20 plus years I was involved in the companies, it was a rarity that there was tension,

a fallout, or angry, unhappy clients. Only one sticks out in my mind, and I have to say that it seemed that person was a guy destined to be unhappy, no matter what the outcome. One client amongst so many others over the years is an extremely good track record, I'd say.

    I think it also merits pointing out that when we began to build very high end log and timber homes for people from all over the country and the world, in Big Sky, MT, numerous clients became close friends of our families, and long after their projects were done, friendships endured and many holidays and vacations were spent together. One client went so far as to invite our entire family to a remote island to bear witness as he and his fiance were married, and after that invited Brett and I to come to his own daughter's wedding, in Israel! That same client had Brett's construction companies build not one, not two, but four huge, high end ski homes that he both lived in and sold speculatively..... an obviously happy, repeat customer, times four!!

    In all the years I have known Brett, both personally and professionally, I have NEVER known him to lie, cheat or steal from his clients. If anything, the clients got the lion's share of his time, sometimes to the detriment of his own wife and children....If a client needed Brett, he would indeed drop everything, even on Christmas day a few times to be there for whatever it was they needed.

    The person I knew Brett to be for so many years does not jive with what little I know about the allegations in the current case he is facing... I would say it would be rare to be so "there" for clients for 20 or 30 years, then do a complete turn around, and behave in the exact opposite way, looking to swindle people out of their money. That is just not the person I know Brett to be.

    Brett's years in the building business have built up an impressive portfolio of fine, very well -built, unique homes, all over the Rocky Mountains, most of which come along with happy, satisfied customers. Brett's now grown children and I can readily attest to the fact that Brett always gave it his all, and was most often at his clients' beck and call, the clients came first. That was Brett's job, his way of making sure he was also taking care of his family, by keeping clients happy and therefore continuing to get more business, so maybe we would struggle less as a family in the long run. Never did his interactions with his clients include lies, shadiness, or untoward things. He just truly
gave them his all....in every sense of the word.

    He certainly doesn't belong in prison. Thank you for your time, and for hearing what I had to say about the man I know Brett to be.

    Sincerely,
      Michele Yenter-Mauri