December 12, 2024

Mr. John Rhodes, Asst Federal Defender
125 Bank Street. Suite 710
Missoula, Montana

Re: FBI vs Brett Mauri

I joined, went to work for Bitterroot Timberframes on November 1, 2003,
in Big Sky, Montana.  My position was to answer incoming telephone calls
and direct them to whomever it seemed would be best able to handle the call.

It was menial work, I was paid $10 per hour..  I was asked occasionally to
handle other work that was basically filing or office related chores.

It was a busy time for the company.  I rarely dealt directly with Brett Mauri,
the owner.  It was generally known that he was good at dealing with customers
and his work force, both of which grew in number rapidly.

My employment ended March 31st 2008 by my own choice.  During the period
I was part of Brett Mauri's construction business, he was known to be a hard
worker, and always popular with his clients and workforce.

After my departure, I was asked by him to assist in developing a website to
highlight the company's projects and be used in various forms of marketing.
I was able to do this because of my own personal learning and interest in
graphic design and network marketing.  I called my business MCM Design
and continued it attracting other clients in addition to the Bitterroot company.

This caused my personal communications with Brett Mauri to expand
considerably, as he provided me with photos and detailed information about
his various projects.  He was an excellent client and always dealt with me fairly.

Yours truly,

Ramona Costa
MCM Designs
mcmwebdesign.com
860-806-4000